McMANUS, Appellant, v. H. C. MURCEREAU CO., Respondent. (Supreme Court, Ap-

pellate Division, Third Department. December 28, 1911.) Action by Peter J. McManus, as trustee of the estate of William H. Beck, bankrupt, against the H. C. Murcereau Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.